IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| DEKENDRICK DONTE MATLOCK, ) | |
| TDCJ #1310484, ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Civil No. 7:12-CV-091-O-BL |
| ) | |
| RICK THALER, Director, ) | |
| Texas Department of Criminal Justice, ) | |
| Correctional Institutions Division, ) | |
| Respondent. ) | |

ORDER ACCEPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and of the Report and Recommendation of the United States Magistrate Judge, I am of the opinion that the Report and Recommendation of the Magistrate Judge is correct and it is hereby adopted and incorporated by reference as the Findings of the Court.[1]

Accordingly, the petition for writ of habeas corpus is DENIED.

The Clerk of Court shall transmit a copy of this order to Petitioner.

SO ORDERED this 10th day of July, 2012.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

---

[1] Petitioner did not file any objections to the Magistrate Judge's Report and Recommendation.